No. 80–1070.   RIDGWAY ET AL. *v.* RIDGWAY ET AL.   Sup. Jud. Ct. Me.   [Certiorari granted, 450 U. S. 979.]   Motion of respondents for appointment of counsel granted, and it is ordered that Curtis Webber, Esquire, of Auburn, Me., be appointed to serve as counsel for respondents in this case.

No. 80–1082.   SMITH, CORRECTIONAL SUPERINTENDENT *v.* PHILLIPS.   C. A. 2d Cir.   [Certiorari granted, 450 U. S. 909.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 80–1146.   ZOBEL ET UX. *v.* WILLIAMS, COMMISSIONER OF REVENUE OF ALASKA, ET AL.   Sup. Ct. Alaska.   [Probable jurisdiction noted, 450 U. S. 908.]   Motion of appellants to dispense with printing the joint appendix granted.

No. 80–1251.   UNITED STATES *v.* VOGEL FERTILIZER Co. Ct. Cl.   [Certiorari granted, 450 U. S. 994.]   Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 80–6390.   IN RE WELCH.   Petition for writ of habeas corpus denied.

No. 80–6268.   IN RE CROSS; and
No. 80–6352.   IN RE PIATT.   Petitions for writs of mandamus denied.

No. 80–1414.   IN RE INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.   Petition for writ of mandamus and prohibition denied.

No. 80–644.   G. D. SEARLE & Co. *v.* COHN ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 80–988.   HAVENS REALTY CORP. ET AL. *v.* COLEMAN ET AL.   C. A. 4th Cir.   Certiorari granted.